## Daisy F. Buckwalter, Appellee, v. Clarence J. Buckwalter et al., Defendants.

## Appeal of Metropolitan Trust Company, Appellant.

**Gen. No. 45,073.**

David A. Canel and Leonard A.
Canel, for appellant; Russell & Bridewell, for appellee; David A. Bridewell, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed March 8, 1950; released for publication
April 3, 1950.